IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES B. MASELLI,

    Plaintiff,

v.                                  CASE NO. 1:07-cv-00091-MP-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 28, Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, filed by Plaintiff James Maselli. The Defendant does not object to the award of attorney fees or expenses. Doc. 29. Accordingly, the motion is granted, and fees in the amount of $4,132.73 are hereby awarded to the Plaintiff, to be paid directly to Plaintiff's counsel as assignee.

    **DONE AND ORDERED** this  *6th* day of May, 2008

                                *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge